■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ZABALA, True Name AUGUSTO FABARA, Appellant. [756 NYS2d 502] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosenzweig, J.), rendered

February 16, 2001, convicting him of robbery in the first degree (five counts), robbery in the second degree (five counts), criminal possession of a weapon in the second degree (two counts), and criminal possession of a weapon in the third degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt beyond a reasonable doubt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Udzinski,* 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or do not require reversal. S. Miller, J.P., Goldstein, Adams and Rivera, JJ., concur.